**FILED**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
JAMES E. MURPH,            )
                           )
    Plaintiff,             )
                           )
    v.                     )   Civil Action No.   05 1628
                           )
EXECUTIVE OFFICE OF THE    )
PRESIDENT,                 )
                           )
    Defendant.             )
_____)

### FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court this 11th day of August, 2005,

**ORDERED** that plaintiff's petition for leave to proceed *in forma pauperis* is **GRANTED** and it is further

**ORDERED** that this case is **DISMISSED with prejudice.**

This is a final appealable order. Fed. R. App. P. 4(a).

*Ricardo M. Urbina*
United States District Judge